IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03497

JOAN M. POLITTE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the parties' Stipulation for Dismissal with Prejudice, the Court hereby ORDERS that this action be dismissed with prejudice.

SO ORDERED.

_March 31st__, 2016

                                              HON. R. BROOKE JACKSON
                                              United States District Judge